UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RAYMOND FRANK JOSEPH,

      Plaintiff,                              Case No. 23-cv-11824
                                             Hon. Matthew F. Leitman

v.

ORKIN, LLC,

      Defendant.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                             s/Matthew F. Leitman
                                             MATTHEW F. LEITMAN
                                             UNITED STATES DISTRICT JUDGE

Dated: February 27, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 27, 2024, by electronic means and/or ordinary mail.

                                             s/Holly A. Ryan
                                             Case Manager
                                             (313) 234-5126